18-CV-299-JWD-RLB

Raymond H. Kimble, III
Versus
Lexus of New Orleans, ET AL

Supplemental Defendants

1. Correct Health Medical
   100 Dolhonde Street
   Gretna, La 70053

2. Jefferson Parish Correctional Center
   100 Dolhonde Street
   Gretna, La 70053

3. Jefferson Parish Sheriffs office
   1233 Westbank Expressway
   Harvey, La 70053

 18-CV-299-JWD-RLB

Raymond H. Kimble, III
Versus
Lexus of New Orleans, ET AL

## Supplemental Claim

Correct Health Medical
100 Dolhonde Street; Gretna, LA 70053

Around July 29, 2017 I got into a fight with a inmate at the East Baton Rouge Parish Prison, I was seen by medical after the fight. Medical at the East Baton Rouge Parish Prison observed my eye was damaged due to the fight, the nurse told me I would probably be recommend to see a specialist. Approxmentally three days after the fight I was sent back to the Jefferson Parish Correctional Center (J.P.C.C.). Upon returning to J.P.C.C. I was seen by medical. I informed medical of the sistuation with my eye and informed them what the nurse told me at the East Baton Rouge Parish Prison, about having to be seen by a specialist. My Eye Continued to get worst, I Continually made medical aware of the sistuation. Two to three weeks went by and I

was not seen by medical personal at J.P.C.C., I woke up one morning and my eye was inflamed and I was in extream pain. When my family called the facility I was brought to Medical within a few hours, I even informed the nurse durning med. pass about my condition. The nurse practitoner told me my eye became infected and she put me on antibotic eye drops and told me to continue the Drops every six hours for one week, she would see me in one week. After the week I was not seen by her again, I discontinued the eye drops as instructed. Later that night after I quite putting my drops in, my eye became irritated again almost immediately, I reported this to medical and medical sent word for me to contine the drops for one more week. After the two weeks the eye semi cleared up but I was still ~~experiencing problems~~ experiencing problems with my eye, including vision not being clear, driness and the eye would hurt at times, I continued to inform medical of these problems. It was not until November 18, 2017 I was brought to University Medical Center in New Orleans to be scene by a speciallst. The speciallst informed me that since the eye became infected a bad as it did, the infection caused permanant ~~damag~~ damage to the eye. Since I seen

the Eye specialist I was told to put Artifical Tears Solution (Eye Drops) in the eye numerous times a day so that the eye does not become irritated. The Eye Specialist told me this will be permanant effecting my eye.

If I would have never been neglected by medical or the J.P.C.C. staff would have made sure medical seen me, the eye would have been treated properly and my eye would have never became damage permanantly. Medical should have treated ME quickly and should have never waited to the last mintue after the eye became infected. I continually notified medical and the J.P.C.C. staff but was continually neglected and my eye did not get treated properly, now I have to deal with permanant damage to my eye.

Jefferson Parish Correctional Center
100 Dolhonde Street; Gretna, La 70053

Jefferson Parish Correctional Center staff should have made sure I was treated for my eye and I should have never been neglected by the

J.P.C.C. staff. I am in there custody and the staff should have made sure I was seen by medical.

Jefferson Parish Sheriffs Office

Jefferson Parish Sheriffs office is currently ~~detaining~~ detainning me in there parish, holding me in there custody. The J.P.S.O. should make sure all of my needs are taken care of, medical needs. The dupties who work at J.P.C.C. are employed by the Jefferson Parish Sheriffs office.

Supplemental Relief

Five million dollars in compensation for being neglected and the damage caused to my eye.

18-CV-299-JWD-RLB

Raymond H. Kimble, III
Versus
Lexus of New Orleans, ET AL

Update of Claim on Existing Defendant

Dan Schilling
848 2nd Street, 3rd floor ; Gretna, La 70053

As of today, 5/17/2018, Schilling Has yet to obtain all the Discovery packet from the District Attorney. I Asked him to file a Subpoena Duces Tecum Motion for the Jefferson Parish District Attorney to turn over the Discovery Packet that is missing, he told me that would not make a difference. I asked Schilling numerious times to get the District Attorney to compel their witnesses (Co-defendants) to comply with the request we are making for the Case, the witnesses are not willing to cooperate, with my-self or Counsel. He told me this will be hard to get the witnesses to do. These are state witnesses, they should comply with all request my-self or Counsel make. It is unfair that the State witnesses are cooperating with the State 100% but are able to refuse to cooperate with our request. I filed a motion to compel the district Attorney, pro-se,

to have the district Attorney have their witnesses Comply. Schilling has been asked numerious times to file multiple Subpoena Duces Tecum Motions to obtain information from people and companies at which he has refused to file the Subpoenas. Also He Has not updated or pursued the Subpoena Duces tecum Motions that have already been filed by previous lawyer Brad Scott. Schilling Has also allowed the Court another Continuance for a Motion to Recuse, the motion to Recuse was filed in Mid April 2018, The Continuance was pushed back to June 12, 2018. I told him ~~Schilling~~ the La.C.Cr.P. states the Motion to Recuse should be held ~~Propttly~~ promptly, he disreguarded what I told him. I filed a writ to the 5th Circuit Court of Appeals, on the motion to recuse.

5/17/2018

Raymond H. Kimble, III
Case #: 18-CV-00299-JWD-RLB

Can you add this supplemental information to the existing claim.

Also can you send a letter on **Reciept** of this enclosed information.

Thanking You In Advance,

R Kimble

RECEIVED
MAY 21 2018
U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
DEPUTY CLERK

Send to: Raymond Kimble #1000237229
Jefferson Parish Correctional Center
P.O. Box 388
Gretna, LA 70054

Raymond Kimble # 1000237229
Jefferson Parish Correctional Center
P.O. Box 388
Gretna, LA 70054

NEW ORLEALS P&DC 70113
FRI 18 MAY 2018 PM

SCREENED
OK
U.S. MARSHAL

United States District Court
Middle District of Louisiana
777 Florida Street, Suite 139
Baton Rouge, LA 70801-1712