UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**RAYMOND H. KIMBLE, III (#160060107)**                              CIVIL ACTION

**VERSUS**
                                                                                          18-299-JWD-RLB
**LEXUS OF NEW ORLEANS, ET AL.**

## NOTICE

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the United States District Court.

In accordance with 28 U.S.C. § 636(b)(1), you have fourteen (14) days after being served with the attached Report to file written objections to the proposed findings of fact, conclusions of law and recommendations therein. Failure to file written objections to the proposed findings, conclusions, and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions of the Magistrate Judge which have been accepted by the District Court.

ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.

Signed in Baton Rouge, Louisiana, on July 18, 2018.

                                                                  _____
                                                                  **RICHARD L. BOURGEOIS, JR.**
                                                                  **UNITED STATES MAGISTRATE JUDGE**

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**RAYMOND H. KIMBLE, III (#160060107)**                    CIVIL ACTION

**VERSUS**

                                                                                              18-299-JWD-RLB

**LEXUS OF NEW ORLEANS, ET AL.**

### MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The *pro se* plaintiff, an inmate currently incarcerated at the Jefferson Parish Correctional Center ("JPCC"), Gretna, Louisiana, filed this proceeding pursuant to 42 U.S.C. § 1983 against numerous defendants complaining that his constitutional rights have been violated in connection with an ongoing state criminal court proceeding. The plaintiff requests that this Court appoint counsel, initiate an investigation of a detective, and award him monetary damages.

The plaintiff alleges the following in his Complaint, as amended: Lexus of New Orleans provided information to law enforcement without a warrant. Detective DeRoche lied in an affidavit submitted in support of his request for a search warrant. The 19th Judicial District Clerk of Court is not filing various pleadings submitted by the plaintiff. Attorneys appointed to represent the plaintiff are providing ineffective assistance of counsel.

All of plaintiff's allegations in the complaint pertain to criminal proceedings in state court. Under the well-established doctrine set out in *Younger v. Harris*, 91 S. Ct. 746, 750-51 (1971), federal courts cannot interfere in state criminal proceedings unless extraordinary circumstances are present. *See Gates v. Strain*, 885 F.3d 874, 880 (5th Cir. 2018). The plaintiff has not alleged that he lacks an adequate opportunity to raise his constitutional challenges in the state court or that extraordinary circumstances otherwise warrant federal intervention. Additionally, consideration of the plaintiff's claim for monetary damages would implicate the

validity of the ongoing state criminal court proceedings.  As such, the plaintiff's claim for monetary damages is barred by the doctrine set forth in *Heck v. Humphrey*, 512 U.S. 477 (1994).

## RECOMMENDATION

It is recommended that this matter be dismissed without prejudice for lack of jurisdiction, and that the plaintiff's pending motions be denied as moot.

Signed in Baton Rouge, Louisiana, on July 18, 2018.

**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**